

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00316-CV

## IN THE MATTER OF M.T.F.-S.

**From the County Court at Law**
**Coryell County, Texas**
**Trial Court No. 18-2333**

## ABATEMENT ORDER

On September 21, 2018, the trial court, sitting as a juvenile court, signed an order waiving jurisdiction over this case and transferring Appellant, a seventeen-year-old juvenile, to district court. *See* TEX. FAM. CODE ANN. § 54.02. Appellant filed a notice of appeal on October 9, 2018.

On November 30, 2018, the Clerk of this Court notified Appellant that the $205 filing fee in this cause was past due and that the appeal would be dismissed if Appellant did not either establish the right to proceed without payment of costs or pay the filing fee within fourteen days of the date of the letter. No response has been received from Appellant.

On November 28, 2018, the Clerk of this Court notified Appellant that we have not received the docketing statement and that the docketing statement must be filed within twenty-one days of the date of the letter. No response has been received from Appellant.

Appellant's brief was originally due on or before November 14, 2018. When no brief was filed, the Clerk of this Court notified Appellant by letter dated November 28, 2018 that the brief was late and that, unless a brief or satisfactory response was received within fourteen days, the Court would abate the appeal to the trial court for a hearing to determine why a brief has not been filed on Appellant's behalf and to assure that Appellant is receiving effective assistance of counsel. No brief or response has been received from Appellant.

In light of the foregoing, the Court abates this cause to the trial court for a hearing to determine: (1) why the Court has received no response from Appellant; (2) whether Appellant still desires to proceed with this appeal; (3) whether Appellant's attorney has abandoned the appeal; and (4) whether the appointment of an attorney to represent Appellant in this appeal is necessary.

The trial court shall conduct the hearing within 14 days after the date of this Order. The trial court clerk and court reporter shall file supplemental records within 28 days after the date of this Order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed January 9, 2019

